■ PROGRESSIVE INSURANCE COMPANY, Respondent, v RUDD SPRAY SERVICE, INC., Appellant. [653 NYS2d 889] —Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Stone, J.). We add only that defendant erroneously appeals from the decision rather than the judgment. We exercise our discretion to

disregard that mistake in the notice of appeal (*see*, CPLR 5520 [c]). (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J.—Declaratory Judgment.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.